

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00225-CV

Donald **GENTLES**,
Appellant

v.

Felipe **GONZALEZ**, Sean Clark, Haliegh Kidd, Marcos Perez, Brenda Marin and for name unknown defendants',
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 20-10-26710-CV
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

On April 7, 2022, appellant filed his notice of appeal. On April 18, 2022, this court filed a notice stating that the fee for filing appeals in this court had not been paid. On June 10, 2022, appellant filed an "Application to Proceed in Forma Pauperis" stating that because of his poverty, he is unable to pay the filing fee.

Texas Rule of Appellate Procedure 20.1 provides that an "appellate court may permit a party who did not file a Statement of Inability to Afford Payment of Court Costs in the trial court to proceed without payment of costs," and that the court "may require the party to file a Statement in the appellate court." *See* TEX. R. APP. P. 20.1(c). We interpret appellant's "Application to Proceed in Forma Pauperis" as a Statement of Inability to Afford Payment of Court Costs and permit him to proceed without payment of costs. *See id.*

Appellant's brief is due thirty days from the date of this order. *See* TEX. R. APP. P. 38.6.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.



Michael A. Cruz,
Clerk of Court